# United States District Court
## Southern District of Georgia

JANITA LYNN MEPHAM,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV315-046

CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on August 1, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, pursuant to sentence four of 42 U.S.C. § 405(g), the Court REVERSES and REMANDS this case to the Acting Commissioner for further consideration. This case stands CLOSED.



August 1, 2016
Date

Scott L. Poff
Clerk

(By) Deputy Clerk